# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM LAMAC**

      **Plaintiff,**

**v.**                           3:13-CV-1338
                               (JUDGE MARIANI)

**LESTER BUCHANAN, and**
**WESTFALL TOWNSHIP**

      **Defendants.**

## ORDER

**AND NOW, THIS 20th DAY OF JULY, 2016,** upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation, (Doc. 92), the parties Objections thereto, and all related filings, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Doc. 98) are **OVERRULED**

2. Defendants' Objections, (Doc. 94), are **OVERRULED**

3. The Report and Recommendation, (Doc. 92), is **ADOPTED** for the reasons stated both therein and in this Court's accompanying memorandum opinion.

4. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety with respect to the claims against Defendant Westfall Township, including Plaintiff's state law claims.

5. Defendants' Motion for Summary Judgment is **DENIED** in its entirety with respect to the claims against Defendant Buchanan.

6. Judgment is entered **IN FAVOR OF** Defendant Westfall Township and **AGAINST** Plaintiff William Lamac.

7. A telephone scheduling conference **SHALL BE CONDUCTED** on **Monday, July 25, 2016, at 4:00 p.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge